UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

-vs-

Three Hundred Sixty Five Thousand Four
Hundred Forty Dollars ($365,440.00) in
United States Currency,

    Defendant
_____/

Civil No. 09-13564
Hon. Anna Diggs Taylor
Mag. Judge Michael Hluchaniuk

## CLAIM OF INTEREST

CNP Akama Ventures claims a lawful ownership interest in the defendant property, more specifically identified as Three Hundred Sixty Five Thousand Four Hundred Forty Dollars U.S Currency, $365,440.00 seized on April 28, 2009.

CNP Akama Ventures, LLC

By: _____
    Jay Apsey
Its:   Managing Director

I, Jay Apsey, declare under penalty of perjury as provided under the laws of the United

States of America that the foregoing is true and accurate.

                                                    Jay Apsey, Managing Director
                                                    CNP Akama Ventures, LLC

Subscribed and sworn to before me this
7th day of October, 2009

Notary Public, Oakland County, MI
My Commission Expires: _____

Barbara Kraus
Notary Public, Macomb Co., MI
My Commission Expires: 08/14/2012
Acting in Oakland County, MI

      I hereby certify that on October 7, 2009, I electronically filed the foregoing Claim of Interest with the clerk of the court using the ECF system which will send notification of such filing to the following: Julia Caroff Pidgeon.

                                            Respectfully submitted,

                                            Hertz Schram PC
                                            Attorneys for Defendant

                                            /s/ Michael J. Rex
                                            1760 S. Telegraph, Suite 300
                                            Bloomfield Hills, MI 48302-0183
                                            (248) 335-5000
                                            mrex@hertzschram.com
                                            (P35753)

S:\Tourville, Nancy\Mike Rex\Apsey, Jay\CNP Akama Ventures\Forfeiture\Pleadings\Claim of Interest.doc