UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

        Plaintiff(s),

v.

Three Hundred Sixty Five Thousand Four Hundred Forty ($365,440) Dollars in U.S. Currency

        Defendant(s).
_____/

Case No. 09-13564

Judge Anna Diggs Taylor

Magistrate Judge Michael Hluchaniuk

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Michael J. Rex

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 30, 2009

                                                  P35753
Hertz Schram PC
1760 S. Telegraph, Suite 300
Suite 300
48302
(248) 335-5000
mrex@hertzschram.com