UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THREE HUNDRED SIXTY FIVE
THOUSAND FOUR HUNDRED
FORTY DOLLARS ($365,440.00)
IN UNITED STATES CURRENCY,

        Defendant *in Rem*.

        Civil No.09-13564
        Honorable Anna Diggs Taylor
        Magistrate Judge Michael Hluchaniuk

_____/

## AFFIDAVIT OF MAJORITY, NON-INCOMPETENCE, AND NON-MILITARY STATUS

NOW COMES, JULIA CAROFF PIDGEON, Assistant United States Attorney, and states that:

1. I am the Assistant United States Attorney assigned to this action.

2. Based on an investigation conducted by the Drug Enforcement Administration (DEA), Mark Jay Apsey, Frank Michael Schmidt, and Adam Samuel Tracy, are not minors, having passed the age of majority.

3. Based on investigation conducted by the DEA, Mark Jay Apsey, Frank Michael Schmidt, and Adam Samuel Tracy are not presently members of the U.S. Military.

4. Based on an investigation conducted by the DEA, Mark Jay Apsey, Frank Michael Schmidt, and Adam Samuel Tracy are not incompetent persons.

Further the affiant says not.

Respectfully submitted,

TERRENCE BERG
United States Attorney

JULIA CAROFF PIDGEON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
julia.pidgeon@usdoj.gov
(313) 226-99772

Subscribed and sworn to before me by
Assistant U.S. Attorney Julia Caroff Pidgeon
for U.S. Attorney Terrence Berg
on this 24th day of November 2009.

Deborah Ann Cox
Notary Public, State of Michigan
County of Wayne
My commission expires: 05/05/2014
Acting in the County of Wayne

DEBORAH ANN COX
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 5, 2014
ACTING IN COUNTY OF Wayne